# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JEFF BACHNER | § | |
| | § | |
| v. | § | CASE NO. 3:19-CV-00497-S |
| | § | |
| LOUDER WITH CROWDER, LLC. | § | |
| | § | |

### ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Jim Juneau
Gilbert Mediation Group
12001 N. Central Expressway
Suite 650
Dallas, Texas 75243
(214) 303-4500
brenda@gmgtexas.com

Mediation shall be in person and completed **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED June 10 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**